SERAPH L. LILLIG, respondent,

*v.*

JOSEPH McGARRITY, appellant.

[Decided October 19th, 1931.]

*Mr. William J. Garrison,* for the respondent.

*Messrs. Cassman & Gottlieb,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *107 N. J. Eq. 147.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.